[Nos. 10024-0-II; 11114-4-II.   Division Two.   March 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY ISAAC PULLEN, *Appellant.*

*In the Matter of the Personal Restraint of*
HENRY ISAAC PULLEN, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-01258-7, Waldo F. Stone, J., entered May 23, 1986, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 9279-8-III.   Division Three.   March 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES WILLIAM MONTEE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-1-00255-2, Marcus M. Kelly, J., entered April 21, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.